IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JACQUELINE DAVENPORT** | * | |
| Plaintiff | * | |
| v. | * | Civil No. **PJM 14-2369** |
| **WELLS FARGO HOME MORTGAGE**, *et. al.* | * | |
| Defendant | * | |

## ORDER

The Court having granted the Plaintiff's Consented Motion for Leave to Amend (Paper No. 11) on November 7, 2014, it is, this 18th day of November, 2014

**ORDERED**

1. Defendants' Motion to Dismiss (Paper No. 5) is now **MOOT**;

2. The hearing on the Motion to Dismiss, scheduled for December 15, 2014, shall be removed from the Court's calendar.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**